UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARMELO BARRERA,

Defendant.

Case: 1:26-cr-20423
Judge: White, Robert J.
MJ: Morris, Patricia T.
Filed: 07-08-2026

Violation:
18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about June 6, 2026, in the Eastern District of Michigan, the defendant, CARMELO BARRERA, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one Glock, Model 30, .45 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
### 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)
*Possession of Methamphetamine with Intent to Distribute*

On or about June 6, 2026, in the Eastern District of Michigan, the defendant, CARMELO BARRERA, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 924(d)(1).

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Pursuant to 18 U.S.C. § 924, upon conviction of an offense in violation of 18 U.S.C. § 922, the defendant shall forfeit to the United States any firearm or

2

ammunition involved in said offense, including, but not limited to, a Glock, Model

30, .45 caliber pistol, serial number BVVR565.

Dated: July 8, 2026

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, MI 48502
(810) 766-5177
Anthony.Vance@usdoj.gov
P61148

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

s/*Grant Newman*
GRANT NEWMAN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
Grant.Newman@usdoj.gov
P79799

3

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Companion Case Information

This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]:

☐ Yes   ☒ No

Case: 1:26-cr-20423
Judge: White, Robert J.
MJ: Morris, Patricia T.
Filed: 07-08-2026

**Case Title:** USA v.  Carmelo Barrera

**County where offense occurred :**  Saginaw County

**Check One:**   ☒ Felony         ☐ Misdemeanor         ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [**Case number:** ____ ]
____ Indictment/____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 8, 2026
Date

s/Grant Newman

101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:    989-895-5790
E-Mail address: Grant.Newman@usdoj.gov
Attorney Bar #:  P 79799

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.